No. 97–8206. PINA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8207. LOZA ROMO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8208. PHILLIPS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8209. RIVERA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8215. CARLE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–8219. MCKINNON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8221. BANKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8227. GAYTAN-CARRANZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8231. GRZESCZUK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8232. HARRELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8233. DIERLING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–8238. HINEBAUGH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8241. FALLIS, AKA HURD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8243. HAZEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8251. JENKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8253. ZORIO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.